## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**WAYNE PALMORE**                                    **CIVIL ACTION**

**VERSUS**                                           **NO: 25-2471**

**TRAVIS WAYNE DAY, ET AL.**                         **SECTION: D**

## <u>ORDER</u>

The Court, having considered the Complaint (R. Doc. 6), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 10), and the failure of plaintiff, Wayne Palmore, to file any objections to the Magistrate Judge's Report and Recommendation, and further, having given Plaintiff additional time to file objections considering Plaintiff's *pro se* status, and having determined that the Report and Recommendation is neither erroneous nor contrary to law, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against defendants, Travis Wayne Day, sued in his official capacity as Warden of Rayburn Correctional Center, and Russell Freeman, sued in his individual and official capacity as a nurse at Rayburn Correctional Center, as well as Plaintiff's § 1983 claims regarding alleged food tampering/contamination, his mail, loss of property, planted contraband, and his administrative grievances, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and, as applicable, 42 U.S.C. § 1997e, as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that any state law claims asserted by Plaintiff are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over these claims.

New Orleans, Louisiana, April 21, 2026.

WENDY B. VITTER
United States District Judge